IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    v.

THOMAS RANDALL

Case No. 19-1043 (AMD)

---

**ORDER**

It is on this 5th day of September 2019,

ORDERED that the Court will conduct a status conference in the above matter on Thursday, September 26, 2019 at 1:30 p.m. in Courtroom 3B.

/s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE